UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAMARA M. HARRIS,

    Plaintiff,

    -against-

QUEENS COUNTY DISTRICT ATTORNEY'S
OFFICE, et al.

    Defendants.
------------------------------------------------------------X

<u>NOT FOR PUBLICATION</u>
<u>ORDER</u>

08-CV-1703 (CBA)(LB)

AMON, United States District Judge:

This Court has received the well-reasoned Report and Recommendation of the Honorable Lois Bloom, United States Magistrate Judge, dated September 15, 2009, recommending that this Court deny Defendant's motion to dismiss with respect to Plaintiff's claim that she was denied access to the courthouse in violation of the First and Fourteenth Amendments of the United States Constitution and Plaintiff's state law claim for defamation. Magistrate Judge Bloom further recommended that Defendant's motion to dismiss Plaintiff's remaining claims should be granted. As no party has objected, the Court hereby adopts the Report and Recommendation of September 15, 2009 as the opinion of the Court.

    SO ORDERED.

Dated:    Brooklyn, New York
          November 9, 2009

/S/
_____
Carol Bagley Amon
United States District Judge