UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

TAMARA M. HARRIS,

        Plaintiff,

- against -

QUEENS COUNTY DISTRICT ATTORNEY'S
OFFICE; RICHARD BROWN, ESQ.; JOAN
RITTER, ESQ.; JOHN RYAN, ESQ.; JIM
QUINN, ESQ.; LAURA HENIGMAN, ESQ; and
LIEUTENANT (FNU) HUNTER, ESQ.,

        Defendants.

---------------------------------------------------------X

**ORDER**
**08 CV 1703 (CBA)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court shall hold a pretrial status conference pursuant to Fed. R. Civ. P. 16 on December 14, 2009 at 2:00 p.m. in Courtroom 11A of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. No planning conference pursuant to Rule 26(f), Fed. R. Civ. P., shall be required at this time. The parties are advised that they must contact each other before making any request for an adjournment to the Court. A request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference. Defendant Hunter shall answer all claims that were not dismissed by November 30, 2009.

SO ORDERED.

                                                LOIS BLOOM
                                                United States Magistrate Judge

Dated: November 13, 2009
       Brooklyn, New York

