

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

*Writer's Direct Dial*  
*(212) 416-8965*

December 14, 2009

The application is ✓ granted. ___ denied.
SO ORDERED.

/Signed by Judge Lois Bloom/
Lois Bloom, U.S.M.J.
Dated: 12/14/09
Brooklyn, New York

Honorable Lois Bloom  
United States Magistrate Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re: <u>Harris v. Queens County District Attorneys Office</u>  
E.D.N.Y. Case No. 08 CV. 1703(CBA)(LB)

Dear Judge Bloom:

This Office represents defendant court officer Lt. Stephanie Hunter in the above-referenced action. Earlier today, plaintiff <u>pro se</u> Tamara Harris wrote to the Court indicating that due to an illness in her family, she could not attend the conference currently scheduled for this afternoon and asking that the Court move the conference to an alternate date. I understand from Ms. Harris that all parties have agreed to adjourn the conference to Wednesday, December 16th at 2:30 p.m. I would therefore ask that the Court order that the conference be adjourned to that date and time.

Please do not hesitate to contact me should you have any questions.

Respectfully submitted,

/s/  
Monica Connell (MC 9841)  
*Assistant Attorney General*

MC/  
cc:  Tamara M. Harris, Esq. *(Via ECF)*  
<u>Plaintiff Pro Se</u>

Christopher Aaron Seacord, Esq. *( Via ECF)*  
<u>Attorney for the City Defendants</u>

120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 416-6075 * Not For Service of Papers  
http://www.oag.state.ny.us