UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

TAMARA HARRIS,

**NOTICE OF APPLICATION FOR COSTS SOUGHT AGAINST PLAINTIFF**

Plaintiff,

08 Civ. 1703 (MKB)

-against-

JOAN RITTER, ESQ., JOHN RYAN, ESQ., JIM
QUINN, ESQ. LAURA HENIGMAN, ESQ. and
LIEUTENANT STEPHANIE HUNTER,

Defendants.
-------------------------------------------------------------------- x


**PLEASE TAKE NOTICE** that, upon defendants' bill of costs, the Declaration of Christopher

A. Seacord, dated August 09, 2012 and the exhibits annexed thereto, and all other pleadings and

proceedings had herein, defendants will move this Court before the Judgment Clerk, at the

United States Courthouse for the Southern District of New York, located at 225 Cadman Plaza

East Brooklyn, New York at 10 a.m. on August 27, 2012 or as soon thereafter as counsel may be

heard, for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Civil Rule

54.1 and 28 U.S.C. §§1921 and 1920 granting fees and costs sought by defendants and granting

such other and further relief as this Court deems just and proper.


Date: New York, New York
       August 09, 2012



                                   MICHAEL A. CARDOZO
                                   Corporation Counsel of the City of New York
                                   Attorney for the Defendants
                                   100 Church Street, Room 2-122
                                   New York, New York 10007
                                   212-788-0866


                                   By: _____/s/_____
                                   Christopher A. Seacord
                                   Assistant Corporation Counsel
                                   Cseacord@law.nyc.gov



To.    **Tamara M. Harris**
       The Law Office of Tamara M. Harris
       350 Broadway
       Suite 400
       New York, New York 10013
       Totallytammy@yahoo.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TAMARA HARRIS,

                                            Plaintiff,

                 -against-

JOAN RITTER, ESQ., JOHN RYAN, ESQ., JIM QUINN,
ESQ. LAURA HENIGMAN, ESQ. and LIEUTENANT
STEPHANIE HUNTER,

                                  Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF CHRISTOPHER A. SEACORD, IN SUPPORT OF DEFENDANTS' APPLICATION FOR COSTS AGAINST** <u>**PLAINTIFF**</u>

08 Civ. 1703 (MKB)

       **Christopher A. Seacord,** declares pursuant to 28 U.S.C. §1746 and under penalty of perjury that:

       1.    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, counsel for the defendants in this action. As such, I am familiar with the facts and circumstances set forth herein.

       2.    I submit this Declaration in support of defendants' bill of costs and defendants' application for an award of costs against plaintiff Tamara Harris ("plaintiff") in this action.

       3.    Plaintiff commenced this action by filing a complaint on or about April 24, 2008 alleging that defendants wrongfully terminated and violated plaintiff's First and Fourteenth Amendment rights.

       4.    On June 18, 2012, a jury trial in this action commenced in the Eastern District of New York located at 225 Cadman Plaza East Brooklyn, New York, before the Honorable Margo K. Brodie.

5.      The jury trial concluded on July 10, 2012, and the jury entered a verdict in favor of all defendants on all claims. Judgment was entered on July 11, 2012. A copy of the judgment is annexed hereto as Exhibit "A."

6.      Defendants are entitled to costs as the prevailing party pursuant to Rule 54 (d)(1) of Federal Rules of Civil Procedure (herein after, "Fed. R. Civ. P."), insofar as the Court entered judgment for the defendants on all claims against them.

7.      Defendants now seek an award of costs in the amount of $11,264.83 as the prevailing party in accordance with Rule 54(d)(1) of the Fed. R. Civ. P. and Rule 54.1 of the Local Civil Rules of the Eastern District of New York for the following items. The costs claimed are correctly stated, are allowable by law, and were necessarily incurred as stated herein. Attached hereto as Exhibit "B" is defendant's Bill of Costs dated August 08, 2012.

8.      Defendants submit a bill for the costs of the trial transcripts necessarily obtained for the purposes of cross-examinations and preparing further argument at the close of evidence. Defendants are entitled to these costs in the amount of $8,352.56 as the prevailing party. A true copy of the invoices from the official court reporters are annexed hereto as Exhibit "C."

9.      Defendants submit a bill for the cost of the deposition transcript of Plaintiff Tamara Harris that was necessary for use at trial, preparing the papers supporting defendants' motion for summary judgment, and the cross-examination of the plaintiff. A true copy of the invoices from the stenographer is annexed hereto as Exhibit "D." As indicated, the total cost of plaintiff's deposition is $920.77.

10.     Defendants submits a bill for the cost of the deposition transcript of defendant Stephanie Hunter that was necessary for use at trial, preparing the papers supporting defendants' motion for summary judgment, and the cross-examination of the plaintiff. A true copy of the

invoices from the stenographer is annexed hereto as Exhibit "E." As indicated, the total cost of defendant Hunter's deposition is $181.50.

11.     Defendants submits a bill for the cost of the deposition transcript of defendant Joan Ritter, Esq. that was necessary for use at trial, preparing the papers supporting defendants' motion for summary judgment, and the cross-examination of the plaintiff.  A true copy of the invoices from the stenographer is annexed hereto as Exhibit "F." As indicated, the total cost of defendant Ritter's deposition is $544.80

12.     Defendants submits a bill for the cost of the deposition transcript of defendant John Ryan, Esq. that was necessary for use at trial, preparing the papers supporting defendants' motion for summary judgment, and the cross-examination of the plaintiff.  A true copy of the invoices from the stenographer is annexed hereto as Exhibit "G." As indicated, the total cost of defendant Ryan's deposition is $337.40.

13.     Defendants submits a bill for the cost of the deposition transcript of non-party witness Craig Abruzzo that was necessary for use at trial, preparing the papers supporting defendants' motion for summary judgment, and the cross-examination of the plaintiff.  A true copy of the invoices from the stenographer is annexed hereto as Exhibit "H." As indicated, the total cost of witness Abruzzo's deposition is $155.40.

14.     Defendants submits a bill for the cost of the deposition transcript of defendant Laura Henigman, Esq. that was necessary for use at trial, preparing the papers supporting defendants' motion for summary judgment, and the cross-examination of the plaintiff.  A true copy of the invoices from the stenographer is annexed hereto as Exhibit "I." As indicated, the total cost of defendant Heningman deposition is $331.60.

15.     Defendants submits a bill for the cost of the deposition transcript of defendant Jim

Quinn, Esq. that was necessary for use at trial, preparing the papers supporting defendants'

motion for summary judgment, and the cross-examination of the plaintiff.  A true copy of the

invoices from the stenographer is annexed hereto as Exhibit "J."  As indicated, the total cost of

defendant Quinn deposition is $440.80.


**WHEREFORE,** it is respectfully requested that the Clerk issue an order granting

defendants costs in the amount of $11,264.83.

Dated:     New York, New York
           August 09, 2012

                                    _____/s/_____
                                    Christopher A. Seacord
                                    Assistant Corporation Counsel

# EXHIBIT A

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 11 2012 ★

**BROOKLYN OFFICE**

for the

_____Eastern_____ District of _____New York_____

TAMARA HARRIS
_____
*Plaintiff*
v.
JOAN RITTER, ESQ., JOHN RYAN, ESQ., JIM QUINN,
ESQ., LAURA HENIGMAN, ESQ. and LIEUTENANT
STEPHANIE HUNTER,
_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   08-CV-1703 (MKB)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____

☒ other:   The Jury rendered a verdict in favor of the defendants on all claims.
_____
_____
_____

This action was *(check one)*:

☒ tried by a jury with Judge _____Margo K. Brodie_____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for _____
_____

Date: _____07/10/2012_____

*CLERK OF COURT*

s/Ogoro Francis
_____
*Signature of Clerk or Deputy Clerk*

**EXHIBIT B**

AO 133      (Rev. 8/06)  Bill of Costs

# UNITED STATES DISTRICT COURT

SOUTHERN    District of    NEW YORK

TAMARA HARRIS,              Plaintiff,

V.

**BILL OF COSTS**

JOAN RITTER, ESQ., et al.,    Defendants.

Case Number:  08 Civ. 1703 (MKB)(LB)

Judgment having been entered in the above entitled action on   7/11/2012   against   Plaintiff TAMARA HARRIS ,

the Clerk is requested to tax the following as costs:                    Date

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 8,352.56 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,912.27 |
| TOTAL   $ | 11,264.83 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

---

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐    Electronic service by e-mail as set forth below and/or.

☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:

Name of Attorney:   Christopher A. Seacord

For:   The City of New York, et al.                    Date:   8/8/2012
                Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
Clerk of Court                              Deputy Clerk                              Date

✎AO 133      (Rev. 8/06)  Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

**EXHIBIT C**

AO44
(Rev. 11/07)

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

INVOICE NO:   00001117

**MAKE CHECKS PAYABLE TO:**

Christopher A. Seacord
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007-2601

Phone:   (212) 788-0866
FAX:   (212) 788-8877

*cseacord@law.nyc.gov*

Marie Foley, RMR, CRR

225 Cadman Plaza East
Room N358
Brooklyn, NY 11201

Phone:   (718) 613-2596
FAX   (718) 613-2648
Tax ID:   26-3998433
*Marie_Foley@nyed.uscourts.gov*

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 06-18-2012 | 06-18-2012 |

**Case Style:** 08-CV-1703 (MKB), IN RE:  HARRIS v. QUEENS COUNTY DA's OFFICE et al
Court reporter's pdf transcript of trial proceedings held on June 18, 19, 20, 21, and 22, 2012.
spilt rate bill with opposing parties full transcript on the 18th, excerpt transcripts on 19th, 20th, 21st and 22nd

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 642 | 4.59 | 2,946.78 | 482 | 3.46 | 1,667.72 | | | | 4,614.50 |
| Realtime | | | | | | | | | | |

| Misc. Desc.  Index - 24pgs @ 3.46 = 83.04  /  120pgs @ 4.59 = 550.80 | MISC. CHARGES: | 633.84 |
|---|---|---|
| | TOTAL: | 5,248.34 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:**          **Amt:** | TOTAL DUE: | $5,248.34 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE | 06-18-2012 |
|---|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# INVOICE

**Mary Agnes Drury, RPR**
**Official Court Reporter**
**US District Court – Eastern District of New York**
**225 Cadman Plaza East**
**3rd Floor**
**Brooklyn, New York 11201**
**(718) 613-2615**
**mad78910@yahoo.com**

<u>June 28, 2012</u>

New York City Law Department
100 Church Street
New York, New York  10007
www.law.nyc.gov
(212) 788-3934
Attn:  Christopher Aaron Seacord, Esq.
cseacord@law.nyc.gov

**<u>Case</u>**:  Tamara Harris vs Queens County DA's Office et al
**<u>Case Number</u>**:  08-CV-1703
Civil Cause for Jury Trial
**<u>Date of Proceeding</u>**:  7/9/12 and  7/10/12
Number of Pages: 336 Pgs of Transcript and 53 Pgs of All Word Index = 389 pages
Rate:  Immediate    $7.98

Total Due:  <u>$3,104.22</u>

**Thank you so very much !!!**

**EXHIBIT D**


RECEIVED
FISCAL UNIT
NYC LAW DEPT.



 Fil

## Five Star Reporting, Inc.

**Invoice**

Beautiful depo suites available in all boroughs... 2010 OCT -8 PM 12:00

3132 Union Boulevard

East Islip, New York 11730

Phone: (631) 224-5054          Fax: (631) 224-3926

| Invoice Date | Invoice # |
|---|---|
| Thursday, August 05, 2010 | 6804JF |

Christopher Aaron Seacord
Michael A. Cardozo, Esq.
100 Church Street
4th Floor
New York, NY 10007

I HEREBY CERTIFY: That the articles/services
specified on this invoice have been received,
verified as to the quality and quantity, and
fit of the

Phone:          Fax:

| | | Date |
|---|---|---|
| **Witness:** | Tamara M. Harris | |
| **Case:** | Tamara M. Harris -v- Queens County DA's Office | |
| **Venue:** | | |
| **Case #:** | | |
| **Date:** | 7/20/2010 | |
| **Start Time:** | 10:00 AM | |
| **End Time:** | 2:41 PM | |
| **Reporter:** | Stephanie Valder | |
| **Claim #:** | | |
| **File #:** | | 1115JF |

| NOTICE | INITIALS | DATE |
|---|---|---|
| 2ND. | E C | 10/01/10 |
| 3RD. | | / / |
| 4TH. | | / / |
| 5TH. | | / / |

If any problems, please return to Fiscal with comments.

| Item | Description | Quan | Total |
|---|---|---|---|
| TRAN | Original + 1 transcripts share | 247 | $876.85 |
| DAPP | A.M. and P.M. Appearance fees | 1 | $79.00 |
| PSTG | Postage /Hndlg / Delivery | 1 | $18.50 |
| | Sub Total | | $974.35 |
| | Payments | | $0.00 |
| | Balance Due | | $974.35 |

842.77
60.00

$920.77

**VOUCHERED**

DATE: 10 / 13 / 10

INV. AMT. PAID: $ 920.77

V# ____ 11-1722

INV. # ____ 6804 JF

SVS. PERIOD 07/20/10 TO 07/20/10

AG. 025 : B/C 020 1 : DET. OBJ. 6220

Fed. I.D. # 03-0559320

REF. DOC. ____ Visa, Mastercard & American Express accepted. Payment is due upon receipt.
Thank you for your business.

# EXHIBIT E

# INVOICE



**LEX**
REPORTING SERVICE, INC.

RECEIVED
FISCAL UNIT
NYC LAW DEPT.

2010 NOV - 1 AM 9: 49

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 99818 | 10/4/2010 | 81255 |
| **Job Date** | **Case No.** | |
| 9/13/2010 | | |
| **Case Name** | | |
| HARRIS, TAMARA v. QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE | | |
| **Payment Terms** | | |
| Net 30. After 30, Int. at 1.5% per month | | |

BILL TO
CITY OF NEW YORK LAW DEPARTMENT
FISCAL SECTION
100 CHURCH STREET, ROOM 5-121
NEW YORK, NY 10007

JY-4

I certify that the articles and services specified on this invoice have been received and verified as to the quality and quantity.

Date_____

| TRANSCRIPT | | | | |
|---|---|---|---|---|
| STEPHANIE HUNTER | 111.00 Pages | @ | 1.50 | 166.50 |
| HANDLING & DELIVERY | | | 15.00 | 15.00 |
| | | **TOTAL DUE >>>** | | **$181.50** |

Reference No.  : TT007-022581
Ordered By    : CHRISTOPHER AARON SEACORD, ESQ.
CITY OF NEW YORK LAW DEPARTMENT
FISCAL SECTION
100 CHURCH STREET, ROOM 5-121
NEW YORK, NY 10007

2009-022581 LE

Invoice Inquiries call 631-543-3566

## VOUCHERED

**APPROVED**

DATE: 12/29/10

INV. AMT. PAID: $ 181.50

V# 20110003008

Tax ID: 11-3033646        Phone: 212-788-0303   Fax:212-788-0357

99818

INV Please detach bottom portion and return with payment.

SVS. PERIOD 9/13/10 TO Job No 9/13/10 : 81255      BU ID    :LEXNYC

BILL TO
CITY OF NEW YORK LAW DEPARTMENT   : B/C    020  : DET. OBJ    Case No. 6220
FISCAL SECTION                        Case Name : HARRIS, TAMARA v. QUEENS COUNTY
100 CHURCH STREET, ROOM 5-121                     DISTRICT ATTORNEY'S OFFICE
NEW YORK, NY 10007   REF. DOC. _____ / _____ Invoice No. : 99818    Invoice Date :10/4/2010

**Total Due  : $ 181.50**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **LEX Reporting Service, Inc.**
**160 Broadway, 14th Floor**
**New York, NY 10038**

Scanned 101

# EXHIBIT F



# LEX
## REPORTING SERVICE, INC.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101079 | 11/29/2010 | 81184 |

| Job Date | Case No. |
|---|---|
| 9/7/2010 | |

**Case Name**

HARRIS, TAMARA v. QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE

**BILL TO**
CITY OF NEW YORK LAW DEPARTMENT
FISCAL SECTION
100 CHURCH STREET, ROOM 5-121
NEW YORK, NY 10007

2007 - 02 2581 - LE

03TH 027653

**Payment Terms**

Net 30. After 30, Int. at 1.5% per month

I certify that the articles and services specified on this invoice have been received and verified as to the quality and quantity.

TRANSCRIPT
JOAN RITTER, ESQ.
HANDLING & DELIVERY

| | | | |
|---|---|---|---|
| 98.00 Pages | @ | 2.60 | 514.80 |
| | | 30.00 | 30.00 |
| **TOTAL DUE >>>** | | | **$544.80** |

Ordered By : CHRISTOPHER AARON SI
CITY OF NEW YORK LAW DE
FISCAL SECTION
100 CHURCH STREET, ROO
NEW YORK, NY 10007

**APPROVED**

Invoice Inquiries call 631-543-3566

0 93

# VOUCHERED
## DATE: 12 / 3 / 10

INV. AMT. PAID: $ 544.80

V# 2011 000 2619

11 - 101079

**Tax ID:** 11-3033646

Phone: 212-788-0303   Fax:212-788-0357

*Please detach bottom portion and return with payment.*

SVS. PERIOD 9/7/10 to 9/7/10   Job No. : 81184   BU ID : 1-LEXNYC

**BILL TO**
CITY OF NEW YORK LAW DEPARTMENT   : B/C   020 : DET. OBJ. : 6220
FISCAL SECTION
100 CHURCH STREET, ROOM 5-121
NEW YORK, NY 10007   REF. DOC.        /

PART #

Case Name : HARRIS, TAMARA v. QUEENS COUNTY
DISTRICT ATTORNEY'S OFFICE

Invoice No. : 101079   Invoice Date :11/29/2010

**Total Due : $ 544.80**

**Remit To: LEX Reporting Service, Inc.**
**160 Broadway, 14th Floor**
**New York, NY 10038**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:        Card Security Code:

Amount to Charge:

Cardholder's Signature:

**EXHIBIT G**



# INVOICE



**LEX**
REPORTING SERVICE, INC.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101077 | 11/29/2010 | 81287 |
| **Job Date** | | **Case No.** |
| 9/15/2010 | | |

**Case Name**

HARRIS, TAMARA v. QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE

**Payment Terms**

Net 30. After 30, Int. at 1.5% per month

BILL TO
CITY OF NEW YORK LAW DEPARTMENT
FISCAL SECTION
100 CHURCH STREET, ROOM 5-121
NEW YORK, NY 10007

2007-022587-LE

03TT 02 76033

I certify that the articles and services specified on this invoice have been received and verified as to the quality and quantity.

| TRANSCRIPT | | | | | |
|---|---|---|---|---|---|
| JOHN RYAN, ESQ. | 124.00 Pages | @ | 2.60 | 322.40 |
| TRANSCRIPT | | | | |
| CRAIG ABRUZZO | 54.00 Pages | @ | 2.60 | 140.40 |
| HANDLING & DELIVERY | | | 30.00 | 30.00 |
| | **TOTAL DUE >>>** | | | **$492.80** |

Ordered By  : CHRISTOPHER AARON SACUKU, ESQ. ILE
CITY OF NEW YORK LAW DEPT.
FISCAL SECTION
100 CHURCH STREET, ROOM 5-121
NEW YORK, NY 10007

**APPROVED**

Invoice Inquiries call 631-543-3566

RECEIVED
FISCAL CHU
NYC LAW DE
2010 DEC -1  AM  46

0 83

# VOUCHERED
## DATE: 12/3/10

**Tax ID:** 11-3033646

INV. AMT. PAID: $ 492.80

Phone: 212-788-0303   Fax:212-788-0357

*Please detach bottom portion and return with payment.*

V: 2011 000 2679

BILL TO
CITY OF NEW YORK LAW DEPARTMENT
FISCAL SECTION
100 CHURCH STREET, ROOM 5-121
NEW YORK, NY 10007

INV. # 11-101077

Job No.    : 81287          BU ID    : 1-LEXNYC

Case No.   :

SVS. PERIOD 9/15/10 TO 9/15/10

Case Name  : HARRIS, TAMARA v. QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE

AG 025   : B/C 6201   : DET. OBJ. 6201   Invoice No. : 101077          Invoice Date : 11/29/2010

Total Due  : $ 492.80

REF. DOC. _____ / _____

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **LEX Reporting Service, Inc.**
**160 Broadway, 14th Floor**
**New York, NY 10038**

**EXHIBIT H**



# LEX
## REPORTING SERVICE, INC.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101077 | 11/29/2010 | 81287 |

| Job Date | Case No. |
|---|---|
| 9/15/2010 | |

**Case Name**

HARRIS, TAMARA v. QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE

**BILL TO**
CITY OF NEW YORK LAW DEPARTMENT
FISCAL SECTION
100 CHURCH STREET, ROOM 5-121
NEW YORK, NY 10007

2007-022581-LE

03TI 0246033

**Payment Terms**

Net 30. After 30, Int. at 1.5% per month

*I certify that the articles and services specified on this invoice have been received and verified as to the quality and quantity.*

| | | | |
|---|---|---|---|
| TRANSCRIPT | | | |
| JOHN RYAN, ESQ. | 124.00 Pages | @ 2.60 | 322.40 |
| TRANSCRIPT | | | |
| CRAIG ABRUZZO | 54.00 Pages | @ 2.60 | 140.40 |
| HANDLING & DELIVERY | | 30.00 | 30.00 |
| | **TOTAL DUE >>>** | | **$492.80** |

Ordered By : CHRISTOPHER AARON
CITY OF NEW YORK LAW DE...
FISCAL SECTION
100 CHURCH STREET, ROOM 5-121
NEW YORK, NY 10007

**APPROVED**

Invoice Inquiries call 631-543-3566

RECEIVED
FISCAL
NYC LAW
2010 DEC -1  AM 8: 46

0 93

# VOUCHERED
## DATE: 12/3/10

**Tax ID:** 11-3033646

INV. AMT. PAID: $ 492.80

Phone: 212-788-0303   Fax:212-788-0357

*Please detach bottom portion and return with payment.*

V 2011 080 2679

ENV. # 11 101 07

**BILL TO**
CITY OF NEW YORK LAW DEPARTMENT
FISCAL SECTION
100 CHURCH STREET, ROOM 5-121
NEW YORK, NY 10007

Job No. : 81287    BU ID : 1-LEXNYC

SVS. PERIOD 9/15/10 TO 9/15/10

Case Name : HARRIS, TAMARA v. QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE

Invoice No. : 101077    Invoice Date : 11/29/2010

AG 025 : B/C 6201 : DE 062.0

Total Due : $ 492.80

REF. DOC. /

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **LEX Reporting Service, Inc.**
**160 Broadway, 14th Floor**
**New York, NY 10038**

**EXHIBIT I**



# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101076 | 11/29/2010 | 81272 |

| Job Date | Case No. |
|---|---|
| 9/14/2010 | |

| Case Name |
|---|
| HARRIS, TAMARA v. QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE |

| Payment Terms |
|---|
| Net 30. After 30, Int. at 1.5% per month |

## LEX
### REPORTING SERVICE, INC.

BILL TO
CITY OF NEW YORK LAW DEPARTMENT   2007-022581-LE
FISCAL SECTION
100 CHURCH STREET, ROOM 5-121
NEW YORK, NY 10007

03 П 0276053

FY-4

| TRANSCRIPT | | | | | |
|---|---|---|---|---|---|
| LAURA HENIGMAN, ESQ. | | 116.00 Pages | @ | 2.60 | 301.60 |
| HANDLING & DELIVERY | | | | 30.00 | 30.00 |
| | | **TOTAL DUE >>>** | | | **$331.60** |

Ordered By : CHRISTOPHER AARON SEACORD, ESQ. — LE
CITY OF NEW YORK LAW DEPARTMENT
FISCAL SECTION
100 CHURCH STREET, ROOM 5-121
NEW YORK, NY 10007

Invoice Inquiries call 631-543-3566

I certify that the articles and
services specified on this invoice
have been received and verified on

**APPROVED**

**VOUCHERED**
DATE: 12/3/10

INV. AMT. PAID: $ 331.60

Tax ID: 11-3033646     Phone: 212-788-0303   Fax:212-788-0357

*Please detach bottom portion and return with payment.*

BILL TO
CITY OF NEW YORK LAW DEPARTMENT
FISCAL SECTION
100 CHURCH STREET, ROOM 5-121
NEW YORK, NY 10007

INV. #. 11-101076   Job No. : 81272   BU ID : 1-LEXNYC
Case No. :
SVS. PERIOD 9/14/10   Case Name : HARRIS, TAMARA v. QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE
AG. 025 : B/C 0201 : DET. OBN :   Invoice No. : 101076   Invoice Date : 11/29/2010
REF. DOC. _____   **Total Due : $ 331.60**

| PAYMENT WITH CREDIT CARD |  |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:             Phone#: | |
| Billing Address: | |
| Zip:           Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **LEX Reporting Service, Inc.**
**160 Broadway, 14th Floor**
**New York, NY 10038**

**EXHIBIT J**

2/15/2011  10:58    2126084243              LEX REPORTING                        PAGE  02/05

2011 FEB 16

# INVOICE



## REPORTING SERVICE, INC.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101080 | 11/29/2010 | 81236 |
| **Job Date** | **Case No.** | |
| 9/10/2010 | | |
| **Case Name** | | |
| HARRIS, TAMARA v. QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE | | |
| **Payment Terms** | | |
| Net 30. After 30, Int. at 1.5% per month | | |

**BILL TO**
CITY OF NEW YORK LAW DEPARTMENT
FISCAL SECTION
100 CHURCH STREET, ROOM 5-121
NEW YORK, NY 10007

74-11

| TRANSCRIPT | | | | |
|---|---|---|---|---|
| JIM QUINN, ESQ. | | 158.00 Pages | @    2.60 | 410.80 |
| HANDLING & DELIVERY | | | 30.00 | 30.00 |

093

**TOTAL DUE >>>**          **$440.80**

Ordered By    : CHRISTOPHER AARON SEACORD, ESQ.
CITY OF NEW YORK LAW DEPARTMENT
FISCAL SECTION
100 CHURCH STREET, ROOM 5-121
NEW YORK, NY 10007

I certify that the articles and
services specified on this invoice have been
received and verified as to the quality and
quantity.

Invoice Inquiries call 631-543-3566

**APPROVED**

2007-022581

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $440.80 |

# VOUCHERED
## DATE: 2/17/11

**Tax ID: 11-3033646**                                    Phone: 212-788-0303    Fax: 212-788-0357

INV. AMT. PAID: $  440.80

*Please detach bottom portion and return with payment.*

V# 201100039
48

**BILL TO**
CITY OF NEW YORK LAW DEPARTMENT
FISCAL SECTION
100 CHURCH STREET, ROOM 5-121
NEW YORK, NY 10007

Nv.# 11-101080

| Invoice No. | : 101080 |
|---|---|
| Invoice Date | : 11/29/2010 |
| Total Due | : $ 440.80 |

SVS. PERIOD 9/10/10 TO 9/10/10

AG. 025    : B/C 0201    : DET. OBJ. 6220

REF. DOC. _____ / _____ / _____

2011 FEB 15  AM 11:06   RECEIVED FISCAL UNIT NYC LAW DEPT.

Remit To: **LEX Reporting Service, Inc.**
160 Broadway, 14th Floor
New York, NY 10038

| Job No. | : 81236 |
|---|---|
| BU ID | : 1-LEXNYC |
| Case No. | : |
| Case Name | : HARRIS, TAMARA v. QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
TAMARA HARRIS,

                                            **DECLARATION**
                 Plaintiff,    **OF SERVICE**

             -against-

                                           08 Civ. 1703 (MKB)

JOAN RITTER, ESQ., JOHN RYAN, ESQ., JIM
QUINN, ESQ. LAURA HENIGMAN, ESQ. and
LIEUTENANT STEPHANIE HUNTER,

                                 Defendants.
-------------------------------------------------------------------- x

        Carlos Montas, declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of
perjury, that on August 09, 2012, he served a true and correct copy of the foregoing Notice Of
Defendants' Application For Costs Sought Against Plaintiff, the Declaration Of Assistant
Corporation Counsel Christopher A. Seacord In Support Of Defendants' Application For Costs
Against Plaintiff and annexed exhibits upon the following:

              **Tamara M. Harris**
              The Law Office of Tamara M. Harris
              350 Broadway
              Suite 400
              New York, New York 10013

by causing to be deposited, a copy enclosed in a properly prepaid mail wrapper to the above
address in a post office box in the Borough of Manhattan, City of New York, regularly
maintained by the Government of the United States in said City.

Dated:  New York, New York
           August 09, 2012

                                      _____
                                      Carlos Montas

08 Civ. 1703 (MKB) (LB)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TAMARA HARRIS,

Plaintiff,

-against-

JOAN RITTER, ESQ., JOHN RYAN, ESQ., JIM
QUINN, ESQ. LAURA HENIGMAN, ESQ. and
LIEUTENANT STEPHANIE HUNTER,

Defendants.

## NOTICE OF APPLICATION FOR COSTS AGAINST PLAINTIFF, BILL OF COSTS, DECLARATION OF CHRISTOPHER A. SEACORD IN SUPPORT OF DEFENDANTS' APPLICATION FOR COSTS AGAINST PLAINTIFF AND ANNEXED EXHIBITS

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street; Room 2-122*
*New York, N.Y.  10007*

*Of Counsel:  Christopher A. Seacord*
*Tel:  (212) 788-0866*
*NYCLIS No. 2007-022581*

*Due and timely service is hereby admitted.*

*New York, N.Y.* ................................................................. *, 200...*

................................................................. *Esq.*

*Attorney for* .................................................................